# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EEMILLIO SERRANO,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>　　　　　　　　Defendant. | 3:23-cv-00550-ART-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Wednesday, February 28, 2024.**

**IT IS SO ORDERED.**

DATED: February 8, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1