UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EEMILLIO SERRANO,<br><br>                    Plaintiff,<br><br>     vs.<br><br>FEDERAL EXPRESS CORPORATION,<br>a Delaware corporation,<br><br>                    Defendant. | Case No.: 3:23-cv-00550-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED AND AGREED, by Plaintiff EEMILLIO SERRANO and by Defendant FEDERAL EXPRESS CORPORATION, by and through their respective counsel of record, that all claims in this above-entitled matter are DISMISSED WITH PREJUDICE.

////

////

////

////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

1  The parties have agreed that each party shall bear his or its own attorney's fees and costs.

3  DATED: October 14, 2024.                           DATED: October 14, 2024.

4  LAW OFFICES OF ROBERT P. SPRETNAK        LITTLER MENDELSON, P.C.

5  By: /s/ Robert P. Spretnak                         By: Karyn M. Taylor, Esq.  (Bar No. 6142)
       Robert P. Spretnak, Esq. (Bar No. 5135)
                                                     200 S. Virginia Street, 8th Floor
   8275 S. Eastern Avenue, Suite 200                 Reno, Nevada 89501
   Las Vegas, Nevada 89123

8  Attorney for Plaintiff                            FEDERAL EXPRESS CORPORATION

                                                     By: /s/ Charles V. Holmes
                                                         Charles V. Holmes, Esq.
                                                         (admitted pro hac vice)

                                                     3620 Hacks Cross Road, Building B, 2d Floor
                                                     Memphis, Tennessee 38125

                                                     Attorneys for Defendant


                        IT IS SO ORDERED.

                        _____
                        ANNE R. TRAUM
                        UNITED STATES DISTRICT COURT JUDGE

                        DATED: October 17, 2024